832

No. 921. HOUSE *v.* MAYO, STATE PRISON CUSTODIAN. See *ante,* p. 42.

No. 589. COMMISSIONER OF INTERNAL REVENUE *v.* DISSTON. February 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Harold Evans* for respondent.

No. 806. ALMA MOTOR CO. *v.* TIMKEN-DETROIT AXLE CO. ET AL. February 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. I. Joseph Farley* for petitioner. *Solicitor General Fahy* for the United States, respondent.

No. 855. CONGRESS OF INDUSTRIAL ORGANIZATIONS ET AL. *v.* McADORY, SOLICITOR OF JEFFERSON COUNTY, ET AL. February 5, 1945. Petition for writ of certiorari to the Supreme Court of Alabama granted. *Mr. Lee Pressman* for petitioners.

No. 811. HILL ET AL. *v.* FLORIDA EX REL. WATSON, ATTORNEY GENERAL. February 5, 1945. Petition for writ of certiorari to the Supreme Court of Florida granted. *Messrs. Joseph A. Padway* and *Herbert S. Thatcher* for petitioners. *J. Tom Watson,* Attorney General, for respondent.